# United States Court of Appeals for the Fifth Circuit

———————

No. 23-50378

———————

Adrian Gilliard,

Plaintiff—Appellant,

*versus*

Limestone County District Attorney Office; Roy Defriend; Jeff James,

Defendants—Appellees.

United States Court of Appeals
Fifth Circuit

**FILED**

February 6, 2024

Lyle W. Cayce
Clerk

———————————————————

Appeal from the United States District Court
for the Western District of Texas
USDC No. 6:22-CV-1252

———————————————————

Before King, Jones, and Oldham, *Circuit Judges.*

Per Curiam:[*]

AFFIRMED. Appellant has not identified any reversible error in the district court's dismissal of his claims. *See* 5th Cir. R. 47.6.

———————————————

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.